within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2402. IN RE DISCIPLINE OF SCHEURICH. Val K. Scheurich III, of New Orleans, La., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2403. IN RE DISCIPLINE OF NORTON. John V. Norton, of Minneapolis, Minn., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2404. IN RE DISCIPLINE OF ETHEREDGE. James Gaultney Etheredge, of Fort Walton Beach, Fla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2405. IN RE DISCIPLINE OF SENTON. Robert Edmond Senton, of Tallahassee, Fla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2406. IN RE DISCIPLINE OF POOLE. John Michael Poole, of Miami, Fla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2407. IN RE DISCIPLINE OF SILVIA. John Silvia, Jr., of Somerset, Mass., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2408. IN RE DISCIPLINE OF PIPPEN. William Howard Pippen, of Houston, Tex., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.